Per Curiam.

(No. 73-CC-263 )

Charles Remole, Member of Regional Board of School Trustees, Vermilion County, Claimant, *vs.* State of Illinois, Superintendent of Public Instruction, Respondent.

*Opinion filed June 20, 1973.*

Charles Remole, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.